**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DAVID ALLAN ANDERSON,

      Petitioner,

v.                               CASE NO. 5:18cv272-MCR-CAS

MARK S. INCH,

      Respondent.

_____/

**O R D E R**

This matter is before the Court on the Report and Recommendation of the

U.S. Magistrate Judge.   ECF No. 12.   The parties have been furnished a copy of

the Report and Recommendation and have been afforded an opportunity to file

objections pursuant 28 U.S.C. § 636(b)(1).   No objections have been timely filed.

I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.   The Report and Recommendation, ECF No. 12, is adopted and

incorporated by reference in this Order.

2.   The § 2254 petition for writ of habeas corpus, ECF No. 1, is

**DISMISSED**.

3.   A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 5th day of November 2019.


s/   *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**